[This opinion has been published in *Ohio Official Reports* at 74 Ohio St.3d 634.]

THE STATE EX REL. RICHARD, APPELLANT, *v.* SEIDNER, WARDEN, APPELLEE.

[Cite as *State ex rel. Richard v. Seidner*, 1996-Ohio-293.]

*Habeas corpus seeking release from confinement—Petition dismissed, when.*

(No. 95-2263—Submitted January 23, 1996—Decided February 28, 1996.)

APPEAL from the Court of Appeals for Lorain County, No. 95CA006193.

————————————

*Donald L. Richard, Sr., pro se.*

*Betty D. Montgomery*, Attorney General, and *Charles L. Wille*, Assistant Attorney General, for appellee.

————————————

{¶ 1} The judgment of the court of appeals is affirmed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

————————————